IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00338-FL

| | |
|---|---|
| MAX A. COCKMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR PAYMENT OF ATTORNEY |
| ) | FEES UNDER THE |
| NANCY A. BERRYHILL, ) | EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,175.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Laurie L. Janus, Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this  7th   day of May, 2018

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE