UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MAX A. COCKMAN,
   Plaintiff,

v.

**JUDGMENT**

No. 7:16-CV-338-FL

NANCY A. BERRYHILL,
Commissioner of Social Security,
   Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 7, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,175.00.

**This Judgment Filed and Entered on May 7, 2018, and Copies To:**

Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Laurie Lynn Janus (via CM/ECF Notice of Electronic Filing)


May 7, 2018       PETER A. MOORE, JR., CLERK
             /s/ Susan W. Tripp
            (By) Susan W. Tripp, Deputy Clerk